**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Criminal Action No. 13-cr-00245-WJM-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

PEDRO MORALES,

    Defendant.

---

**ORDER DISMISSING VIOLATION PETITION AND CONTINUING TERM OF SUPERVISED RELEASE**

---

    This matter comes to the attention of the Court upon request from the probation officer to dismiss violation proceedings in this case. The Court, having been advised of the facts and premises of the above case, and that the parties have agreed to modification of the defendant's conditions of supervised release, hereby ORDERS that the petition for violation of supervised release, dated June 12, 2013, (ECF No. 2) is hereby DISMISSED.

    It is FURTHER ORDERED that the Defendant's supervision be continued and the terms and conditions of Defendant's supervised release be modified as ordered on June 30, 2013 (ECF No. 11). The Defendant is to remain in custody until he enters the residential re-entry center. All previously imposed conditions remain in full force and effect.

Dated this 8th day of July, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge